| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:19-bk-04526-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Oct  3 08:12:37 EDT 2024 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Synchrony Bank by AIS InfoSource, LP as agen<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | AMERICAN EXPRESS<br>PO BOX 297871<br>FT LAUDERDALE FL 33329-7871 | AMERICAN EXPRESS BANK FSB<br>4315 SOUTH 2700 WEST<br>SALT LAKE CITY, UT 84184-0001 |
| AMERIHOME MORTGAGE<br>21300 VICTORY BLVD<br>WOODLAND HILLS, CA 91367-2525 | AmeriHome Mortgage Company, LLC<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | AmeriHome Mortgage Company, LLC<br>c/o McCabe, Weisberg & Conway, LLC<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109-1060 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (p)BANKERS HEALTHCARE GROUP LLC<br>ATTN BANKRUPTCY DEPT<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | BARCLAY'S BANK DE<br>125 S WEST ST<br>WILMINGTON, DE 19801-5014 |
| CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CB/MRTHNVI<br>BK NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| CHRISTOPHER CASSELL<br>43C EASTGATE DRIVE<br>CARLISLE, PA 17015 | (p)CALI LAW OFFICES LLC<br>201 SOLAR STREET<br>SYRACUSE NY 13204-1425 | COMENITY BANK VACATION CLUB<br>PO BOX 659834<br>SAN ANTONIO, TX 78265-9134 |
| COMM OF PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | CREDIT FIRST NATL ASSOC<br>6275 EASTLAND ROAD<br>BROOK PARK, OH 44142-1399 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS, NV 89193-8873 | CW Nexus Credit Card Holdings l, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | D&A SERVICES<br>1400 E TOUHY AVE,, STE G2<br>DES PLAINES, IL 60018-3338 |

| | | |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | FEDLOAN SERVICING<br>PO BOX 60610<br>HARRISBURG, PA 17106-0610 | FIRST NATIONAL BANK<br>4140 E STATE STREET<br>HERMITAGE, PA 16148-3487 |
| FIRSTSOURCE ADVANTAGE, LLC<br>205 BRYANT WOODS SOUTH<br>AMHERST, NY 14228-3609 | FMS INC<br>PO BOX 707601<br>TULSA, OK 74170-7601 | (p)FOUNDATION FINANCE COMPANY<br>7802 MEADOW ROCK DRIVE<br>WESTON WI 54476-5262 |
| FOUNDATION FINANCE COMPANY<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Freedom Mortgage<br>10500 Kincaid Drive<br>Fishers, Indiana 46037-9764 | Freedom Mortgage Corporation<br>11988 Exit 5 Parkway Building 4<br>Fishers, IN 46037-7939 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 790328<br>SAINT LOUIS, MO 63179-0328 | HUD/FHA<br>NATIONAL SERVICING CENTER<br>301 NW SIXTH ST, STE 200<br>OKLAHOMA CITY, OK 73102-2811 | INTERNAL REVENUE SERVICE - CIO<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JULIE MAHAN<br>43C EASTGATE DRIVE<br>CARLISLE, PA 17015 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KOHLS/CAPONE<br>COLLECTION DEPARTMENT<br>PO BOX 3084<br>MILWAUKEE, WI 53201-3084 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MARINER FINANCE LLC<br>40 NOBLE BLVD SUITE 22<br>CARLISLE, PA 17013-4122 | MARINER FINANCE LLC<br>BK NOTICES<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236-5904 |
| MARTIN L CASSELL<br>20 MEMORIAL LANE<br>NEWVILLE, PA 17241-8606 | MEMBERS 1ST FCU<br>5000 LOUISE DR<br>PO BOX 40<br>MECHANICSBURG, PA 17055-0040 | MERRICK BANK COURT NOTICES<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804-9001 |
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mario Hanyon<br>Brock and Scott, PLLC<br>Attorneys at Law<br>302 Fellowship Road, Ste 130<br>Mount Laurel, NJ 08054-1218 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | ONEMAIN FINANCIAL ATTN: BK NOTICES<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RESURGENT CAPITAL SERVICES<br>55 BEATTIE PLACE #110<br>GREENVILLE, SC 29601-5115 | SANTANDER CONSUMER USA<br>BANKRUPTCY DEPARTMENT<br>PO BOX 560284<br>DALLAS, TX 75356-0284 | SYNCB/AMAZON<br>PO BOX 965015<br>ORLANDO, FL 32896-5015 |

| | | |
|---|---|---|
| SYNCB/AMEG<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/JCP<br>BK NOTICES<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | SYNCB/LOWES<br>PO BOX 965004<br>ORLANDO, FL 32896-5004 |
| SYNCB/PPMC<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/TJXDC<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | SYNCB/WALMART<br>PO BOX 965024<br>ORLANDO, FL 32896-5024 |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | TARGET/TD<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | UNEMPL COMP TAX MATTERS<br>HARRISBURG CASES L&I OFF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG, PA 17121-0751 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| WYNDHAM VACATION RESORTS, Inc.<br>PO BOX 97474<br>LAS VEGAS, NV 89193-7474 | Dorothy L Mott<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 | Kara Katherine Gendron<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 |
| Rachelle Elaine Cassell<br>87 Smith Road<br>Gardners, PA 17324-9000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANKERS HEALTHCARE GROUP LLC<br>201 SOLAR STREET<br>SYRACUSE, NY 13204 | (d)Bankers Healthcare Group, LLC<br>201 Solar Street<br>Syracuse, NY 13204 | CHARLES J DEHART, III, ESQ.<br>8125 ADAMS DRIVE STE A<br>HUMMELSTOWN PA 17036 |
| CHRISTOPHER J CALI ESQUIRE<br>CJC LAW OFFICE<br>201 SOLAR STREET<br>SYRACUSE, NY 13204 | FOUNDATION FINANCE CO<br>CORRESPONDENCE<br>PO BOX 437<br>SCHOFIELD, WI 54476 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | UNEMP COMP OVERPAYMENT MATTERS<br>DEPT OF L&I - OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG, PA 17121 | (d)Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AmeriHome Mortgage Company, LLC | (d)Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | End of Label Matrix<br>Mailable recipients   75<br>Bypassed recipients    2<br>Total   77 |