UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Rachelle Elaine Cassell

Case No.: 1-19-04526 HWV

Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Freedom |
| Court Claim Number: | 18 |
| Last Four of Loan Number: | 0413 |
| Property Address if applicable: | 87 Smith Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $549.86 |
| b. | Prepetition arrearages paid by the trustee: | $549.86 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $549.86 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 27, 2024

                                         Respectfully submitted,

                                         /s/ Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Rachelle Elaine Cassell

Case No.: 1-19-04526 HWV

Chapter 13

Debtor(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 27, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers  IN 46037-7939

Rachelle Elaine Cassell
87 Smith Rd
Gardners PA 17324

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 27, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

Case: 19-04526   RACHELLE ELAINE CASSELL

**CENLAR FSB**
425 PHILLIPS BLVD
EWING, NJ 08618-

Acct No: 0413/PRE ARREARS/87 SMITH

Sequence: 13
Modify:
Filed Date: 12/10/2019 12:00:00AM
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $252,299.00 | Debt: $549.86 | Interest Paid: $0.00 |  |
| Amt Due: $0.00 | Paid: $549.86 | Accrued Int: $0.00 |  |
|  |  | Balance Due: $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **CENLAR FSB** | | | | | | | |
| 520-0 | CENLAR FSB | | 11/03/2020 | 1223158 | $43.77 | $0.00 | $43.77 | 11/13/2020 |
| 520-0 | CENLAR FSB | | 10/15/2020 | 1222272 | $81.47 | $0.00 | $81.47 | 10/27/2020 |
| 520-0 | CENLAR FSB | | 05/06/2020 | 1217171 | $424.62 | $0.00 | $424.62 | 05/14/2020 |
| | | | | Sub-totals: | $549.86 | $0.00 | $549.86 | |
| | | | | Grand Total: | $549.86 | $0.00 | | |