| Fill in this information to identify the case: |
|---|
| Debtor 1  RACHELLE ELAINE CASSELL |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number 1:19-bk-04526-HWV |

## Form 4100R
## Response to Notice of Final Cure Payment                               10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: 0413

**Property address:** 87 Smith Road
Number  Street

Gardners, PA 17324
City     State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01/01/2025
                                                              MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         +(b) $ _____

c. **Total**. Add lines a and b.                                           (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
                                                                         MM/DD/YYYY

Debtor1   RACHELLE ELAINE CASSELL                        Case number *(if known)* 1:19-bk-04526-HWV
          First      Middle      Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon                           Date 12/03/2024
     Signature

Print     Mario Hanyon                             Title    Attorney
           First Name      Middle Name      Last Name

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3825 Forrestgate Dr.
          Number        Street

             Winston-Salem, NC 27103
          City                     State        ZIP Code

Contact phone    844-856-6646    Email PABKR@brockandscott.com

» IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>RACHELLE ELAINE CASSELL<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>RACHELLE ELAINE CASSELL ,<br>    Debtor | Case No. 1:19-bk-04526-HWV<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Kara Katherine Gendron, Debtor's Attorney
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

RACHELLE ELAINE CASSELL
87 SMITH ROAD
GARDNERS, PA 17324

Date: <u>December 3, 2024</u>

      <u>/s/Mario Hanyon</u>
      Andrew Spivack, PA Bar No. 84439
      Matthew Fissel, PA Bar No. 314567
      Mario Hanyon, PA Bar No. 203993
      Ryan Starks, PA Bar No. 330002
      Jay Jones, PA Bar No. 86657
      Attorney for Creditor
      BROCK & SCOTT, PLLC
      3825 Forrestgate Drive
      Winston Salem, NC 27103
      Telephone: (844) 856-6646
      Facsimile: (704) 369-0760
      E-Mail: PABKR@brockandscott.com